# AIR FORCE TRIAL CALENDAR FOR AUGUST 02, 2006

## UNITED STATES MAGISTRATE KEVIN S. C. CHANG

ORIGINAL
Page 3

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Disposition Fine SA | Total |
|---|---|---|---|---|---|---|---|---|
| T- 5) | HORIUCHI, KEN | CR 06-00187 | 1 | X0588460 H40 02/18/2006 | DUI | $25.00 | | $25.00 |

CONT AS TRIAL MATTER FROM 4/5/06 A & P; 14 HRS AAEA, 90 DAYS LIC SUSP - 30 DAYS ABSOLUTE, 60 DAYS TO AND FROM WORK ONLY, FINE: $150.00, SA: $5.00, CVB PROCESSING FEE: $25.00, CONT FROM 5/3/06 TRIALS FOR POC

Atty: *(circled)* CR 05-00015 Matthew Winter

| | Name | CR Num | CNT | Cit #/Viol Dt | Violation | Proc Fee | Disposition Fine SA | Total |
|---|---|---|---|---|---|---|---|---|
| T- 6) | MINER, MATTHEW J. | | 1 | R236077 H40 10/14/2004 | PROOF OF COMPLIANCE | $0.00 | | |

CONT AS TRIAL MATTER FROM 1/5/05 A & P; 14 HRS AAEA, MANDATORY ALCOHOL ASSESMENT, 90 DAY LIC SUSP, SENTENCE TO RUN CONCURRENT W/ ADMIN PROCESS FINE: $150.00, SA: $5.00, CONT FROM 2/2/05 TRIALS FOR POC; CONT FROM 8/3/05 POC; CONT FROM 9/7/05 POC; CONT FROM 10/5/05 POC - PAID $155.00, $15.00 OUTSTANDING (CVB REPORT 11/2/05); CONT FROM 11/2/05 POC; CONT FROM 12/7/05 POC CONT TO 5/3/06; CONT FROM 5/3/06 POC; CONT FROM 06/07/06 POC; CONT. FROM 07/05/06 POC

*Handwritten notes:* NKT POC — "cont'd to 12/6/2006" — A complied (paid $15.00) the day of court — FC- CM — PAID CVB REPORT 08-02-06 $15.00

Atty: ALEXANDER SILVERT, AFPD

APPROVED AND SO ORDERED

/s/ Kevin S. C. Chang
Magistrate Judge KEVIN S. C. CHANG

Dated: 08/02/2006

at ____ o'clock and ____ min ____
SUE BEITIA, CLERK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 02 2006

APPROVED
/s/ SAUSA CAPT. MICHAEL SABALA
CAPT Alexandra Chantry